NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RICHARD A. MCGEE,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2009-3263

---

Petition for review of the Merit Systems Protection Board in CH0752080403-I-1.

---

## ON MOTION

---

## ORDER

Upon consideration of Richard A. McGee's motion for leave to file his brief out of time,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) The respondent should calculate its brief due date from the date of filing of this order.

FOR THE COURT

SEP 2 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Lawrence J. Fleming, Esq.
     Leslie Cayer Ohta, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 2 1 2010

**JAN HORBALY**
**CLERK**